# COHEN, LaBARBERA & LANDRIGAN, LLP
## ATTORNEYS AT LAW

RONALD J. COHEN (NY BAR & LL.M. IN TAXATION)
STEPHEN P. LA BARBERA (NY BAR)
THOMAS C. LANDRIGAN (NY & NJ BAR)
-------------------------------------

OXANA LUKINA (NY BAR)
JENNIFER T. MULLEADY (NY BAR)
MELISSA A. PERRY (NY BAR)
KYLE A. SEISS (NY & NJ BAR)

99 BROOKSIDE AVENUE
CHESTER, NY 10918
TELEPHONE (845) 291-1900
FACSIMILE (845) 291-8601*
--------------------------------------------------
EMAIL: Call for Individual Email Addresses
*Not for Service of Process

April 29, 2022

*Submitted via ECF*
Hon. Laura Taylor Swain
United States District Court/Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Zuhovitzky et al. v. UBS AG Che 101.329.569 et al
      Civil Action No. 1:21-cv-11124-LTS

**Letter Motion Requesting Reopening of Case**

Your Honor:

Our office represents the Plaintiffs in the above action. We respectfully submit this Letter Motion in response to the Court's Order Administratively Closing this case (ECF Doc. 2), dated January 4, 2022, and respectfully request that the Court grant the reopening of this case.

We have corrected the deficiencies in the original filings as required by the Court; namely a correct Civil Cover Sheet has been filed and the Complaint has been correctly captioned as "Complaint". Should there be any other deficiencies in the filings, we are prepared to correct them immediately.

Plaintiffs' counsel begs the Courts understanding for the delay in making the requested corrections necessary to reopen this matter. During December 2021, Plaintiffs' counsel was diagnosed with a reoccurrence of late-stage ovarian cancer. During the intervening time, it has been necessary for Counsel to attend more than twenty medical appointments including PET and CT scans, a biopsy, and numerous appointments with oncologists, surgeons, cardiologists, and a specialized ophthalmologist in relation to medical treatment. Thanks to the excellent care of Memorial Sloan Kettering, Counsel is feeling well and has once again returned to a full workload.

1

By information and belief, Defendants have suffered no harm by the delay in this matter. We respectfully request that you reinstate this matter so that summons may be issued , the Defendants served, and the case can proceed in due course.

Respectfully Submitted,

Melissa A. Perry, Esq.

*Cohen, LaBarbera & Landrigan LLP*
99 Brookside Avenue
Chester, New York 10918
(845) 291-1900
Email: MPerry@CLL-Law.com
*Attorneys for Plaintiff*

2