UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTHER ZUHOVITZKY and
JONATHAN ZUHOVITZKY,

                Plaintiffs,

-v.-

UBS AG CHE 101.329.562, UBS AG CHE 412.669.376, UBS FINANCIAL SERVICES INC., UBS SECURITIES LLC, and UBS ASSET MANAGEMENT (US) INC.,

                Defendants.

21 Civ. 11124 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On August 18, 2022, the Court held a pre-motion conference in the above-captioned case. In light of the discussions during this conference, Plaintiffs are hereby **ORDERED** to file an amended complaint on or before **October 14, 2022**. By **October 28, 2022**, defense counsel shall submit to the Court a joint letter, which shall either set forth a briefing schedule for Defendants' contemplated motion to dismiss or otherwise apprise the Court of how the parties intend to move forward with the case.

    SO ORDERED.

Dated:  August 18, 2022
          New York, New York

                                                        KATHERINE POLK FAILLA
                                                        United States District Judge