**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JONATHAN ZUHOVITZKY and ESTHER ZUHOVITZKY,

                         Plaintiff,

-against-                                      21 **CIVIL** 11124 (KPF)

                                                                      **<u>JUDGMENT</u>**

UBS AG CHE 101.329.562, UBS AG CHE 412.669.376, UBS FINANCIAL SERVICES INC., UBS SECURITIES LLC, and UBS ASSET MANAGEMENT (US) INC.,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 18, 2023, Defendants' motion to dismiss is GRANTED and Plaintiffs' request for leave to amend is DENIED. In particular, the Court has dismissed Plaintiffs' civil RICO claims with prejudice, and dismissed Plaintiffs' state-law claims without prejudice to their refiling in state court; accordingly, the case is closed.

**Dated:**  New York, New York

       July 18, 2023

                                                         **RUBY J. KRAJICK**

                                                         _____
                                                                   **Clerk of Court**

                             **BY:**     *K. Mango*

                                                              _____
                                                                   **Deputy Clerk**